NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
MLG, APLC
Jonathan A. Michaels, SBN 180455
Ryan D. Jones, SBN
151 Kalmus Dr., Suite A-102
Costa Mesa, CA 92626
(949) 581-6900

ATTORNEY(S) FOR: Plaintiff, James Cook

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| JAMES COOK, an individual | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:19-cv-04783 |
| v. | |
| FRONTIER AIRLINES, INC., a Colorado corporation; DOES 1 through 10, et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff, James Cook_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| James Cook | Plaintiff |
| Frontier Airlines, Inc. | Defendant |

June 3, 2019                              *Jonathan A. Michaels*
Date                                      Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, James Cook

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES