| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Jonathan Michaels SBN 180455**<br>**MLG, A Professional Law Corporation**<br>**151 Kalmus Drive, Suite A-102**<br>**Costa Mesa, CA 92626**<br>ATTORNEY FOR   **Plaintiff** | **(949) 581-6900** | |

| |
|---|
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 |

| |
|---|
| SHORT TITLE OF CASE:<br>Cook James v. Frontier Airlines Inc. |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:19-cv-04783 |
|---|---|---|---|

| **Declaration of Service** | Ref. No. or File No:<br>COO02-03 |
|---|---|

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action ; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties;**

On: **Frontier Airlines, Inc., a Colorado corporation**

I served the above listed documents in accordance with FRCP 4(h) or CCP 415.20(a)

at: **2710 Gateway Oaks Dr 150N  Sacramento, CA 95833**

On: **6/10/2019**          Date:  **03:46 PM**

In the above mentioned action by serving to and leaving with

**Becky DeGeorge (Gender: F Age: 50 Height: 5'8 Weight: 185 Race: Caucasian Hair: Blonde-Brown Other: )**
**Authorized Representative of Agent, CSC Lawyers, Inc.**

A declaration of diligence and/or mailing is attached if applicable.

Person attempting service:

   a. Name: **Katrina Williams**
   b. Address: **840 N. Birch St, Santa Ana, CA 92701**
   c. Telephone number: **714-953-9451**
   d. **The fee** for this service was: **84.50**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



    **Katrina Williams**                              Date: **06/13/2019**