Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendant
FRONTIER AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JAMES COOK, an individual, | Case No.: 2:19-cv-04783 |
| Plaintiff, | **DISCLOSURE STATEMENT OF FRONTIER AIRLINES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |
| vs. | |
| FRONTIER AIRLINES, INC., a Colorado Corporation; DOES 1 through 10, et al., | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Frontier Airlines, Inc. states that its parent corporation is Indigo Partners, LLC, and that no publically held corporation owns 10% or more of its stock.

Dated: July 1, 2019                 Respectfully submitted,

By: /s/ Richard A. Lazenby
    Richard A. Lazenby
    Michael Cutler
    VICTOR RANE
    Attorneys for Defendant
    FRONTIER AIRLINES, INC.