Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendant
FRONTIER AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JAMES COOK, an individual,<br><br>          Plaintiff,<br><br>      vs.<br><br>FRONTIER AIRLINES, INC., a Colorado Corporation; DOES 1 through 10, et al.,<br><br>          Defendants. | Case No.: 2:19-cv-04783<br><br>**FRONTIER AIRLINES, INC.'S NOTICE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for the defendant, certifies that the following listed parties have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1.      Frontier Airlines, Inc. (defendant);

    2.      Indigo Partners, LLC (defendant's parent company); and

    3.      Various underwriters in the international aviation insurance market.

/ /

/ /

/ /

Dated: July 1, 2019                          Respectfully submitted,


By: /s/ Richard A. Lazenby
       Richard A. Lazenby
       Michael Cutler
       VICTOR RANE
       Attorneys for Defendant
       FRONTIER AIRLINES, INC.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849