## JUDGE MICHAEL W. FITZGERALD
### SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 2:19-cv-04783-MWF-MAA |
|---|---|
| Case Name | James Cook v. Frontier Airlines, Inc. |

| Matter | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|
| [ ] Jury Trial  or  [x] Court Trial **(Tuesday at 8:30 a.m.)**  Duration Estimate: 3-5 Days | February 23, 2021 | February 23, 2021 | |
| Final Pretrial Conference [LR 16] and Hearing on Motions In Limine (**Monday at** 11:00 a.m. -- **three (3) weeks before trial date**)  Motions *In Limine* must be filed **three (3) weeks** before this date; oppositions are due **two (2) weeks before** this date; no reply briefs. | February 2, 2021 | February 2, 2021 | |

| Event | Weeks Before Trial | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|---|
| Last Date to Hear Motion to Amend Pleadings / Add Parties | | March 8, 2020 | January 6, 2020 | |
| Non-Expert Discovery Cut-Off (at least 4 weeks before last date to hear motions) | 18 | October 20, 2020 | October 20, 2020 | |
| Expert Disclosure (Initial) | | September 22, 2020 | September 22, 2020 | |
| Expert Disclosure (Rebuttal) | | October 13, 2020 | October 13, 2020 | |
| Expert Discovery Cut-Off | 14 * | November 3, 2020 | November 3, 2020 | |
| Last Date to *Hear* Motions (Monday at 10:00 a.m.) | 14 | November 17, 2020 | November 17, 2020 | |
| Last Date to Conduct Settlement Conference | 12 | December 1, 2020 | December 1, 2020 | |
| For Jury Trial<br>• File Memorandum of Contentions of Fact and Law, LR 16-4<br>• File Exhibit and Witness Lists, LR 16-5.6<br>• File Status Report Regarding Settlement<br>• File Motions In Limine | 6 | January 12, 2021 | January 12, 2021 | |
| For Jury Trial<br>• Lodge Pretrial Conference Order, LR 16-7<br>• File Agreed Set of Jury Instructions and Verdict Forms<br>• File Statement Regarding Disputed Instructions, Verdicts, etc. ,<br>• File Oppositions to Motions *In LImine* | 5 | January 19, 2021 | January 19, 2021 | |
| For Court Trial<br>• Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | 3 | n/a | n/a | |

* The parties may choose to cut off expert discovery prior to MSJ briefing.

ADR [LR 16-15] Selection:

[ ] Attorney Settlement Officer Panel        [ ] Private Mediation        [ ] Magistrate Judge (with Court approval)

**EXHIBIT A**