## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 7th day of October, 2019, a copy of the foregoing:

JOINT RULE 26(F) REPORT

was filed electronically.

✓ This filing was served electronically to all parties by operation of the Court's electronic filing system.

    /s/ *Jonathan A. Michaels*