UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 19-4783-MWF(MAAx)** | Dated: **October 21, 2019** |
| Title: | James Cook -*v*- Frontier Airlines, Inc. et al. | |

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    Ryan D. Jones                                          Linda R. Echegaray

**PROCEEDINGS: SCHEDULING CONFERENCE**

    Case called and counsel make their appearance.  The Scheduling Conference held.  The Court sets dates.  Please see separate Order Re Jury Trial, also filed today.

    **IT IS SO ORDERED.**

Initials of Deputy Clerk  rs
:06 MIN