Jonathan A. Michaels (SBN 180455)/Ryan D. Jones (SBN 301138)
MLG, APLC
151 Kalmus Drive, Suite A-102
Costa Mesa, California 92626
T. (949) 581-8100 F. (949) 581-6908

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JAMES COOK

Plaintiff(s)

v.

FRONTIER AIRLINES, INC., a Colorado corporation

Defendant(s).

CASE NUMBER:

2:19-cv-04783-MWF-MAA

**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**

**CHECK ONLY ONE BOX:**

☐ The parties stipulate that _____ may serve as the Panel Mediator in the above-captioned case. _____ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____ (Date) and counsel will submit mediation statements seven (7) calendar days before the session.

☑ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _disability claim again an airline_

Dated: 11/11/2019     _/s/ Ryan Jones_
                     Attorney For Plaintiff    James Cook

Dated: _____  _____
                     Attorney For Plaintiff

Dated: 11/11/2019    _/s/ M Cuth_
                     Attorney For Defendant    Frontier Airlines, Inc.

Dated: _____  _____
                     Attorney For Defendant

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)          STIPULATION REGARDING SELECTION OF PANEL MEDIATOR

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 11th day of November, 2019, a copy of the foregoing:

STIPULATION REGARDING SELECTION OF PANEL MEDIATOR

was filed electronically.

✓ This filing was served electronically to all parties by operation of the Court's electronic filing system.

    /s/ *Jonathan A. Michaels*