**EXHIBIT A**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COOK, an individual,<br><br>      Plaintiff,<br><br>  vs.<br><br>FRONTIER AIRLINES, INC., a Colorado Corporation; DOES 1 through 10, et al.,<br><br>      Defendants. | Case No.:2:19-cv-04783-MWF (MAAx)<br><br>**STIPULATION AND [PROPOSED] PROTECTIVE ORDER** |

**CONFIDENTIALITY AGREEMENT**

I, _____, declare under penalty of perjury that:

1. I have reviewed and agree to comply with and be bound by the provisions of the Stipulated Protective Order (the "Order"), and I attest to my understanding that access to information designated as "CONFIDENTIAL" may be provided to me and that such access shall be pursuant to the terms and conditions and restrictions of the Order. I understand and acknowledge that failure to comply with the Order could expose me to sanctions and punishment in the nature of contempt.

2. I understand that I am to retain all copies of any information designated as "CONFIDENTIAL" in a secure manner, and that all copies are to remain in my personal custody until this action is terminated or until I have completed by assigned duties, whichever occurs earlier, whereupon the copies and any writings prepared by me containing any information designated as "CONFIDENTIAL" are to be destroyed or returned to counsel who provided me with such material at the option of counsel.

3. I will not divulge to persons other than those specifically authorized by said Order, and will not copy or use except solely for the purpose of this action,

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

any information designated as "CONFIDENTIAL" obtained pursuant to said Order, except as provided in said Order. I also agree to notify any stenographic or clerical personnel who are required to assist me of the terms of said Order.

    4.    I further agree to submit to the jurisdiction of the United States District court for the Central District of California for the purpose of enforcing the terms of the Order, even if such enforcement proceedings occur after this action is terminated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____, 2020    By:_____

                                        Name:

                                        Title:

                                        Affiliation:

                                        Address:

                                        Tel.:

                                        E-Mail:

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

STIPULATION AND [PROPOSED] PROTECTIVE ORDER - 18 -
CASE NO.: 2:19-CV-04783-MWF (MAAX)