Jonathan A. Michaels, Esq. - State Bar No. 180455
(jmichaels@mlgaplc.com)
Thomas S. Van, Esq. - State Bar No. 209632
(tvan@mlgaplc.com)
Audrey L. Beck, Esq. - State Bar No. 328467
(abeck@mlgaplc.com)
**MLG, APLC**
600 Anton Blvd., Suite 1240
Costa Mesa, CA 92626
T. (949) 581-6900
F. (949) 581-6908

Attorneys for Plaintiff,
James Cook

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COOK, an individual, | Case No.: 2:19-cv-04783-MWF-MAA |
| Plaintiff, | Assigned To:<br>Hon. Judge Michael W. Fitzgerald |
| v. | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| FRONTIER AIRLINES, INC., a Colorado corporation; DOES 1 through 10, et. al | |
| Defendants. | |

1

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between Plaintiff James Cook and Defendant Frontier Airlines, Inc., by and through their respective counsel and in compliance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned matter be dismissed in its entirety and with prejudice as to all claims and causes of action. The parties to this Stipulation are to bear their respective costs and attorneys' fees as against each other.

**MLG, APLC**

Dated: September 4, 2020    By:    /s/ Thomas S. Van, Esq.
Jonathan A. Michaels, Esq.
Thomas S. Van, Esq.
Audrey L. Beck, Esq.
Attorneys for Plaintiff,
James Cook

**VICTOR RANE**

Dated: September 4, 2020    By:    /s/ Michael Cutler, Esq.
Richard A. Lazenby, Esq.
Michael Cutler, Esq.
Attorneys for Defendant,
Frontier Airlines, Inc.

2

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**